UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT LAST SPORTSWEAR INC

*Plaintiff*

vs

SUMIT CHOWDHARY

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 3:22-CV-06880-MAS-DEA
DATE FILED:
Job #: 572621
Client File# 220181

SOKOLOFF STERN LLP
179 WESTBURY AVENUE
CARLE PLACE, NY 11514

CLIENT'S FILE NO.: 220181

**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, DANIEL KALISKY, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

That on 12/20/2022 at 9:31 PM at 5 CAMBRIDGE WAY, PRINCETON JUNCTION, NJ 08550 deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT & EXHIBITS
by personally delivering to and leaving with said SUMIT CHOWDHARY a true copy thereof. At their actual place of abode within the State of New Jerseyand that deponent knew the person so served to be the person described as said recipient therein. Deponent previously attempted to serve the above named individual on
12/08/2022 07:09 AM 5 CAMBRIDGE WAY, PRINCETON JUNCTION, NJ 08550
12/13/2022 02:31 PM 5 CAMBRIDGE WAY, PRINCETON JUNCTION, NJ 08550

A description of the person served is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: Over 6', **Sex**: Male, **Approx Skin**: Brown, **Approx Hair**: Black/Gray
**Other**:

Deponent spoke to SUMIT CHOWDHARY
Inquired as to the SUMIT CHOWDHARYs place of residence and received a positive reply and confirmed the above address of SUMIT CHOWDHARY and asked whether SUMIT CHOWDHARY was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the SUMIT CHOWDHARY always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the SUMIT CHOWDHARY is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 12/23/2022
EUGENE SOKOLOV #01SO6434174
Notary Public State of New York
RICHMOND County, Commission Expires 05/31/2026



DANIEL KALISKY