UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

AT LAST SPORTSWEAR, INC.,

              Plaintiff,

              v.

SUMIT CHOWDHARY,

              Defendant.

-------------------------------------------------------------------X

DOCKET NO.:  3:22-cv-06880

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff At Last Sportswear, Inc. hereby gives notice that this action is voluntarily dismissed. Defendant Sumit Chowdhary  has not served an answer or motion for summary judgment in this action. Accordingly, plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: Carle Place, New York
      January 21, 2023

              SOKOLOFF STERN LLP
              *Attorneys for Plaintiff*

              By: _____
              Adam I. Kleinberg
              179 Westbury Avenue
              Carle Place, New York 11514
              (516) 334-4500
              File No. 220181

**So Ordered this 23rd day of January, 2023.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**